**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

JOE FELDER,

                Plaintiff,

      -v-                                        10-CV-0578Sr

ADAM STECK, et al.,

                Defendants.

---

## DECISION AND ORDER

The Sullivan Correctional Facility is directed to permit a telephone conference between plaintiff and his *pro bono* counsel, Marc A. Schulz, Esq. of Hurwitz & Fine, P.C., at a mutually agreeable date and time requested by plaintiff's counsel.

        **SO ORDERED.**

DATED:    Buffalo, New York
               August 2, 2013

                                                s/ H. Kenneth Schroeder, Jr.
                                               **H. KENNETH SCHROEDER, JR.**
                                               **United States Magistrate Judge**